☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

v.

OSVALDO MORALES,

          Defendant.

------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 1037**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 19, 2007

                        MICHAEL J. GARCIA
                        United States Attorney

          By: _____
              Marshall A. Camp
              Assistant United States Attorney

AGREED AND CONSENTED TO:

          By: _____ AVROM ROBIN for
              Ira London, Esq.
              Attorney for Osvaldo Morales

*JUDGE SCHEINDLIN*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

10/23/07   WHEEL A