JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

07 CRIM 1037

UNITED STATES OF AMERICA

    - v. -

OSVALDO MORALES,

        Defendant.

- - - - - - - - - - - - - - - - - x

<u>WAIVER OF INDICTMENT</u>

07 Cr. ____ (SAS)

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 1001, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
OSVALDO MORALES

_____
Priya Chaudhry, Esq.
Attorney for Osvaldo Morales

Witness: _____

Date:    New York, New York
         November 8, 2007