IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSWALDO MORALES. | No: 07-CR-1037 |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry of Law Offices of Priya Chaudhry hereby makes her appearance on behalf of defendant Oswaldo Morales.

Respectfully submitted,

   /s/ Priya Chaudhry
Priya Chaudhry (PC-3073)
pchaudhry@chaudhrylaw.com
Law Offices of Priya Chaudhry
80 Pine Street, 33rd Floor
New York, NY 10005
         Phone: 212.785.5550
         Fax:    212.785.5558
Attorney for Oswaldo Morales