UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
           - v. -               :        **ORDER**
                                :
OSVALDO MORALES,                :        07 Cr. 1037 (SAS)
                                :
           Defendant.           :
                                :
- - - - - - - - - - - - - - - x

WHEREAS, with defendant Osvaldo Morales's consent, his guilty plea allocution was taken before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, on November 13, 2007;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

IT IS ORDERED that defendant Osvaldo Morales's guilty plea be, and hereby is, ACCEPTED.

Dated:    November ___, 2007.
          Jan 15

                                    HONORABLE SHIRA A. SCHEINDLIN
                                    UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08